**DISMISS and Opinion Filed September 23, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01021-CV

### IGOR KRAVETS, Appellant

### V.

### CITY OF MCKINNEY, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02281-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

This case is an appeal from one of three lawsuits filed by appellant against appellee.[1] By agreed motion filed September 16, 2024, appellant and appellee move to (1) dismiss with prejudice "all" of appellant's lawsuits against appellee[2] and (2) vacate an order awarding appellee attorney's fees in one of the other two lawsuits.

---

[1] At least one of the other lawsuits was also filed against a City of McKinney detective.

[2] The motion also seeks to dismiss the lawsuit(s) against the detective.

Because we have jurisdiction only over this case, we grant the motion to the extent we dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231021F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IGOR KRAVETS, Appellant

No. 05-23-01021-CV     V.

CITY OF MCKINNEY, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas
Trial Court Cause No. 007-02281-2023.
Opinion delivered by Chief Justice Burns, Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

Judgment entered September 23, 2024